

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00316-CV

| | | |
|---|---|---|
| SUZI G. BISHARA, Appellant | § | On Appeal from the 67th District Court |
| v. | § | of Tarrant County (067-311176-19) |
| TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH INC., D/B/A TEXAS HEALTH HARRIS METHODIST, HURST-EULESS-BEDFORD, Appellee | § | July 22, 2021 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's judgment that dismisses Appellant Suzi G. Bishara's suit. We also affirm the trial court's decision to award attorney's fees. However, we reverse the trial court's judgment as to the amount of the attorney's fees awarded and remand

this case to the trial court solely for a redetermination of reasonable and necessary trial attorney's fees incurred.

It is further ordered that Appellant Suzi G. Bishara shall pay one-half of all costs of this appeal and Appellee Texas Health Harris Methodist Hospital Fort Worth Inc., d/b/a Texas Health Harris Methodist, Hurst-Euless-Bedford, shall pay one-half of all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Mike Wallach
Justice Mike Wallach